**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Jonathan Tyler PRIVE, Defendant–
Appellant.**

**No. 15-12032
Non-Argument Calendar**

United States Court of Appeals,
Eleventh Circuit.

(May 24, 2016)

Before WILLIAM PRYOR, JORDAN
and JULIE CARNES, Circuit Judges.

PER CURIAM:

Daniel Brodersen, appointed counsel for
Jonathan Prive in this direct criminal appeal, has moved to withdraw from further
representation of the appellant and filed a
brief pursuant to *Anders v. California*, 386
U.S. 738; 87 S.Ct. 1396, 18 L.Ed.2d 493
(1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is
correct. Because independent examination
of the entire record reveals no arguable
issues of merit, counsel's motion to withdraw is **GRANTED**, and Prive's conviction
and sentence are **AFFIRMED**. Additional-

* Honorable Barbara Jacobs Rothstein, United
States District Judge for the District of Co-

ly, Prive's motion for appointment of new
counsel is **DENIED**.